1    DANIEL J. BRODERICK, Bar #89424
     Federal Defender
2    COURTNEY FEIN, Bar #244785
     Designated Counsel for Service
3    801 I Street, 3rd Floor
     Sacramento, California  95814
4    (916) 498-5700

5    Attorney for Defendant
     JORDAN VARNER

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,      )   NO.  CR.S-08-349-EJG
                                    )        CR.S-11-232-EJG
11              Plaintiff,          )
                                    )   **STIPULATION  AND    ORDER;**
12        v.                        )   **CONTINUING STATUS CONFERENCE**
                                    )   **AND  DISPOSITION  HEARING  AND**
13   JORDAN VARNER,                 )   **EXCLUDING TIME**
                                    )
14              Defendant.          )   Date:  October 14, 2011
     _____)   Time:  10:00 a.m.
15                                      Judge:  Hon. Edward J. Garcia

16

17        IT IS HEREBY STIPULATED by and between the parties hereto through their

18   respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and

19   COURTNEY FEIN, attorney for JORDAN VARNER, that the status conference hearing date

20   and disposition hearing date of September 9, 2011, be vacated, and the matter be set for status

21   conference and disposition hearing on October 14, 2011, at 10:00 a.m.

22        The reason for this continuance is to allow defense counsel additional time to review

23   the discovery, consult with her client, examine possible defenses, and continue investigating

24   the facts of the case as well as settlement discussions between the parties regarding both the

25   new indictment and the supervised release violation.  Based upon the foregoing, the parties

26   agree that the time under the Speedy Trial Act should be excluded from the date of signing

27   of this order through and including October 14, 2011, pursuant to 18 U.S.C. §3161

28   (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity

of counsel and defense preparation.

DATED:  August 25, 2011                          Respectfully submitted,

                                                 DANIEL J. BRODERICK
                                                 Federal Public Defender

                                                 /s/ Courtney Fein
                                                 COURTNEY FEIN
                                                 Assistant Federal Defender
                                                 Designated Counsel for Service
                                                 Attorney for JORDAN VARNER

DATED:  August 25, 2011.                         BENJAMIN WAGNER
                                                 United States Attorney

                                                 /s/ Jason Hitt
                                                 JASON HITT
                                                 Assistant U.S. Attorney
                                                 Attorney for Plaintiff

                                    ORDER

     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the

September 9, 2011, status conference hearing be continued to October 14, 2011, at 10:00 a.m.

Based on the representation of defense counsel and good cause appearing therefrom, the

Court hereby finds that the failure to grant a continuance in this case would deny defense

counsel reasonable time necessary for effective preparation, taking into account the exercise

of due diligence.  The Court finds that the ends of justice to be served by granting a

continuance outweigh the best interests of the public and the defendant in a speedy trial.  It

is ordered that time up to and including the October 14, 2011, status conference and

disposition hearing shall be excluded from computation of time within which the trial of this

matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A)

and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.


Dated:     August 23, 2011                       /s/ Edward J. Garcia
                                                 EDWARD J. GARCIA
                                                 United States District Judge