| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | COURTNEY FEIN, Bar #244785<br>Designated Counsel for Service |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, California 95814 |
| 4 | (916) 498-5700 |
| 5 | Attorney for Defendant<br>JORDAN VARNER |

**FILED**

NOV 2 2 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JORDAN VARNER,

    Defendant.

NO. CR.S-08-349-EJG
     CR.S-11-232-EJG

**STIPULATION AND [PROPOSED] ORDER; CONTINUING STATUS CONFERENCE AND DISPOSITION HEARING AND EXCLUDING TIME**

Date: January 6, 2012
Time: 10:00 a.m.
Judge: Hon. Edward J. Garcia

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for JORDAN VARNER, that the status conference hearing date and disposition hearing date of December 2, 2011, be vacated, and the matter be set for status conference and disposition hearing on January 6, 2012, at 10:00 a.m.

    The reason for this continuance is to allow defense counsel additional time to review the discovery, consult with her client, examine possible defenses, and continue investigating the facts of the case as well as settlement discussions between the parties regarding both the new indictment and the supervised release violation.

    Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 6,

2012, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: November 21, 2011
Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Courtney Fein
COURTNEY FEIN
Assistant Federal Defender
Designated Counsel for Service
Attorney for JORDAN VARNER

DATED: November 21, 2011.
BENJAMIN WAGNER
United States Attorney

/s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the December 2, 2011, status conference hearing be continued to January 6, 2012, at 10:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the January 6, 2012, status conference and disposition hearing shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: 11/29/11

EDWARD J. GARCIA
United States District Judge

2