1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   JORDAN VARNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORDAN VARNER,<br><br>Defendant. | NO.  CR.S-08-349-EJG<br>      CR.S-11-232-EJG<br><br>**STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND DISPOSITION HEARING AND EXCLUDING TIME**<br><br>Date:  March 9, 2012<br>Time:  10:00 a.m.<br>Judge:  Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for JORDAN VARNER, that the status conference hearing date and disposition hearing date of January 6, 2012, be vacated, and the matter be set for status conference and disposition hearing on March 9, 2012, at 10:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review the discovery, consult with her client, examine possible defenses, and continue investigating the facts of the case as well as settlement discussions between the parties regarding both the new indictment and the supervised release violation.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 6,

2012, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: January 3, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Courtney Fein
COURTNEY FEIN
Assistant Federal Defender
Designated Counsel for Service
Attorney for JORDAN VARNER

DATED: January 3, 2012.

BENJAMIN WAGNER
United States Attorney

/s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the January 6, 2012, status conference hearing be continued to March 9, 2012, at 10:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the March 9, 2012, status conference and disposition hearing shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: January 3, 2012

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge