1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 COURTNEY FEIN, Bar #244785
Designated Counsel for Service
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 (916) 498-5700

5 Attorney for Defendant
JORDAN VARNER

6

7                    IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,       )   NO.   CR.S-08-349-EJG
                                   )         CR.S-11-232-EJG
11              Plaintiff,          )
                                   )   **STIPULATION AND ORDER;**
12      v.                         )   **CONTINUING STATUS CONFERENCE**
                                   )   **AND DISPOSITION HEARING AND**
13 JORDAN VARNER,                  )   **EXCLUDING TIME**
                                   )
14              Defendant.         )   Date:  April 6, 2012
                                   )   Time:  10:00 a.m.
15                                 )   Judge: Hon. Edward J. Garcia
   _____

16

17
        IT IS HEREBY STIPULATED by and between the parties hereto through their
18
   respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and
19
   COURTNEY FEIN, attorney for JORDAN VARNER, that the status conference hearing date
20
   and disposition hearing date of March 23, 2012, be vacated, and the matter be set for status
21
   conference and disposition hearing on April 6, 2012, at 10:00 a.m.
22
        The reason for this continuance is because the Court requested further clarification
23
   regarding the plea agreement at the last court appearance on March 9, 2012.  The parties
24
   require additional time to meet and confer to modify the plea agreement and resubmit an
25
   updated plea agreement for the Court's review.
26
        Based upon the foregoing, the parties agree that the time under the Speedy Trial Act
27
   should be excluded from the date of signing of this order through and including April 6, 2012,
28

1    pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

2    T4 based upon continuity of counsel and defense preparation.

3

4    DATED:  March 22, 2012            Respectfully submitted,

5                                     DANIEL J. BRODERICK
                                    Federal Public Defender

6

7                                     /s/ Courtney Fein
                                    COURTNEY FEIN
                                    Assistant Federal Defender

8                                     Designated Counsel for Service
                                    Attorney for JORDAN VARNER

9

10    DATED:  March 22, 2012.           BENJAMIN WAGNER
                                    United States Attorney

11

12                                     /s/ Jason Hitt
                                    JASON HITT
                                    Assistant U.S. Attorney

13                                     Attorney for Plaintiff

14                                 ORDER

15       UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the

16    March 23, 2012, status conference hearing be continued to April 6, 2012, at 10:00 a.m. Based

17    on the representation of defense counsel and good cause appearing therefrom, the Court

18    hereby finds that the failure to grant a continuance in this case would deny defense counsel

19    reasonable time necessary for effective preparation, taking into account the exercise of due

20    diligence.  The Court finds that the ends of justice to be served by granting a continuance

21    outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that

22    time up to and including the April 6, 2012, status conference and disposition hearing shall be

23    excluded from computation of time within which the trial of this matter must be commenced

24    under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code

25    T-4, to allow defense counsel reasonable time to prepare.

26    Dated:    March 21, 2012            /s/ Edward J. Garcia

27                                     _____
                                    EDWARD J. GARCIA
                                    United States District Judge

28