DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-5700

Attorney for Defendant
JORDAN VARNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORDAN VARNER,<br><br>Defendant. | NO. CR.S-08-349-EJG<br>CR.S-11-232-EJG<br><br>**STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND DISPOSITION HEARING AND EXCLUDING TIME**<br><br>Date: April 27, 2012<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for JORDAN VARNER, that the status conference hearing date and disposition hearing date of April 6, 2012, be vacated, and the matter be set for status conference and disposition hearing on April 27, 2012, at 10:00 a.m.

The reason for the continuance is that Counsel would like to dispose of the supervised release violation petition before proceeding to change of plea on the new indictment. Counsel believe that this may assist in fashioning a new plea agreement. Counsel has become aware that the probation officer may have written a disposition memorandum and would like to confer with probation in order to obtain a copy if such a memo was written. Defense counsel will need time to confer with her client and discuss the proposal to handle the two pending matters separately.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including April 27, 2012, pursuant to

18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: April 3, 2012                              Respectfully submitted,

                                                  DANIEL J. BRODERICK
                                                  Federal Public Defender

                                                  /s/ Courtney Fein
                                                  COURTNEY FEIN
                                                  Assistant Federal Defender
                                                  Designated Counsel for Service
                                                  Attorney for JORDAN VARNER

DATED: April 3, 2012.                             BENJAMIN WAGNER
                                                  United States Attorney

                                                  /s/ Jason Hitt
                                                  JASON HITT
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the April 6, 2012, status conference hearing be continued to April 27, 2012, at 10:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the April 27, 2012, status conference and disposition hearing shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   April 3, 2012

                                                  /s/ Edward J. Garcia
                                                  _____
                                                  EDWARD J. GARCIA
                                                  United States District Judge